IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BENSON, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

HARRISON GLOBAL, LLC, dba BOSTON COACH,

    Defendant.

No. C 17-01894 WHA

**ORDER DENYING ADMINISTRATIVE MOTION TO STAY PROCEEDINGS**

Defendant's administrative motion to stay proceedings (Dkt. No. 31) is **DENIED**, principally for the reasons set forth in plaintiff's opposition thereto (Dkt. No. 34). In the event that *Huddlestun* is resolved on a class-wide basis in such a way as to eliminate some part of the instant putative class action, a new motion to limit the proceedings herein may be entertained. The Court also takes note of plaintiff's counsel's suspicion that movant and the plaintiff's counsel in *Huddlestun* are drawing up a collusive settlement based on inadequate discovery (*see id.* at 1, 4). Possibly this is true. If it so develops, plaintiff's counsel will have the opportunity to present their arguments on the issue to Judge Sabraw.

**IT IS SO ORDERED.**

Dated: August 16, 2017.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE