Scott E. Cole, Esq. (S.B. #160744)
Teresa D. Allen, Esq. (S.B. #264865)
Corey B. Bennett, Esq. (S.B. #267816)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  scole@scalaw.com
Email:  tallen@scalaw.com
Email:  cbennett@scalaw.com
Web:  www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

Heather M. Sager, Esq. (S.B. #186566)
Ayse Kuzucuoglu, Esq. (S.B. #251114)
**VEDDER PRICE (CA), LLP**
275 Battery Street, Suite 2464
San Francisco, California 94111
Telephone: (415) 749-9500
Facsimile:  (415) 749-9502
Email:  hsager@vedderprice.com
Email:  akuzucuoglu@vedderprice.com

Attorneys for Defendant
Harrison Global, LLC, dba Boston Coach

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HARRISON GLOBAL, LLC, DBA BOSTON COACH, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 3:17-CV-01894-WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION OF THE PARTIES RE: DISMISSAL OF THE ACTION AND [PROPOSED] ORDER THEREON** |

NOW, THEREFORE, the Parties stipulate and agree as follows:

Upon acceptance of this Stipulation by the *Benson* Court, the *Benson* matter shall be dismissed without prejudice in its entirety, and Defendant shall make no objection or challenge to the filing of an amended pleading in *Huddleston*, adding plaintiff Benson as an additional class representative thereto, and maintaining all other rights;

**IT IS SO STIPULATED.**

DATED: October 2, 2017

VEDDER PRICE (CA) LLC

By: _/s/ Heather M. Sager_
Heather M. Sager, Esq.
Attorneys for Defendant Harrison Global, LLC, dba Boston Coach

DATED: October 2, 2017

SCOTT COLE & ASSOCIATES, APC

By: _/s/ Scott Edward Cole_
Scott Edward Cole, Esq.
Attorneys for the Representative Plaintiff and the Plaintiff Class

## ORDER

Good cause having been shown therefor, the foregoing Stipulation is hereby approved and it is hereby ordered that: Plaintiff's action is hereby dismissed in its entirety without prejudice. ~~As a putative class action, being now dismissed *without* prejudice, no notice to potential class members is required.~~

~~Dated:~~ _____

~~Hon. William H. Alsup~~
~~United States District Judge~~

Plaintiff's counsel shall notify the putative class of this dismissal to the same extent, if any, that they have notified the putative class of this lawsuit, including, without limitation, via websites, commercials, press releases, and other notices that the public might have seen.

Dated: October 5, 2017.



IT IS SO ORDERED AS MODIFIED

Judge William Alsup